IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | *     Case Number: 12-00069 WSS |
| David O'Brien | * |
| Sally A O'Brien | * |
| | *     Chapter 13 |
| Debtor(s) | * |

## OBJECTION TO CLAIM

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movant's attorney, James D. Patterson, 166 Government St., Suite 100, Mobile, AL 36602.

If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

COME NOW the Debtor(s), David and Sally O'Brien, in the above styled matter, by and through their attorney, and object to the following claim:

| Creditor | Claim No. | Amount | Specific Basis for Objection |
|---|---|---|---|
| Lindia, LLC | 8 | $7,098.48 | Claim does not contain supporting documentation. |

WHEREFORE, PREMISES CONSIDERED, Debtor(s) respectfully requests this Court to reduce the unsecured general claim to the amount paid and for such other and different relief as the Debtor(s) may be entitled.

                                             /s/ James D. Patterson
                                             James D. Patterson, Esq.
                                             UNDERWOOD & RIEMER, PC
                                             166 Government Street, Suite 100
                                             Mobile, Alabama 36602
                                             Telephone: (251) 432-9212
                                             jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I have served a true and correct copy of the foregoing upon Daniel B. O'Brien, III, Chapter 13 Trustee, and the following via electronic service or by placing a copy of same in the United States Mail, first class prepaid to the following:

Lindia, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121                     /s/ James D. Patterson
                                     James D. Patterson, Esq.