IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
| --- | --- | --- |
| | * | Case Number: 12-00069 WSS |
| David O'Brien | * | |
| Sally A O'Brien | * | |
| | * | Chapter 13 |
| Debtor(s) | * | |

### ORDER

This matter came before the Court upon a Debtors' Objection to Claim #8 filed by Lindia, LLC. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. It appears to the Court that said Objection should be **GRANTED**.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Objection is sustained, reducing the unsecured claim to the amount paid.

Dated: February 19, 2015

/s/ William S. Shulman
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE