IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | Case Number: 12-00069 WSS |
| **David O'Brien** | * | |
| **Sally A O'Brien** | * | |
| | * | Chapter 13 |
| **Debtor(s)** | * | |

### ORDER

This matter came before the Court upon a Debtors' Objection to Claim #9 filed by Oak Harbor Capital IV, LLC. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. It appears to the Court that said Objection should be **GRANTED**.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Objection is sustained, reducing the unsecured claim to the amount paid.

Dated: February 19, 2015

/s/ William S. Shulman
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE